# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | MDL Docket No. 2433 |
| This Document Relates to: KAREN S. and JAMES A. BEAN, *Plaintiffs*, v. E. I. du Pont de Nemours and Company, *Defendant*. | Case No.: 2:13-cv-290 |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Karen S. Bean and James A. Bean ("Plaintiffs") filed an *Unopposed Motion for Dismissal Without Prejudice* on December 23, 2013. In said filing, Plaintiffs assert a desire to voluntarily dismiss this action without prejudice. Defendant has agreed not to oppose dismissal without prejudice.

Premises considered, IT IS SO ORDERED that *Plaintiffs' Unopposed Motion for Dismissal Without Prejudice* is **GRANTED**.

_____
Edmund A. Sargus, Jr., Presiding Judge
Magistrate Judge Elizabeth A. Preston Deavers